STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

MIRIAM M VEGA SOTO

Case No. 11-00077-SEK

Chapter 13    Attorney Name: JOSE M PRIETO CARBALLO

## I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se
[ ] Substitute _____

Date: March 31, 2011
Time: _____  Track: R
[✓] This is debtor(s) 1st Bankruptcy filing.
Liquidation Value: _____
Creditors
_Ledo. Ciro Gutierrez — for_
_Marino Quastela Ruiz_

## II. Oath Administered
[ ] Yes    [✓] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
  [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns _____ [ ] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting   [ ] Closed   [ ] Not Held   [✓] Continued May 12, 2011 at 8:00 AM

## V. Trustee's Report on Confirmation
[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
  [ ] Missing    [ ] Incomplete
[ ] Stmt. of Current Monthly Income
  [ ] Incomplete   [ ] Missing
  [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
  [ ] Missing   [ ] More than 180 days
  [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
  [ ] State - years _____
  [ ] Federal - years _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

MIRIAM M VEGA SOTO  Case No. 11-00077-SEK

Chapter 13   Attorney Name: JOSE M PRIETO CARBALLO

VI. Plan (Cont.)
 Date: January, 17, 2011  Base $ 92,000.00  [X] Filed   Evidence of Pmt shown: _____
 Payments _2_ made out of _2_ due.  [ ] Not Filed

VII. Confirmation Hearing Date: April, 18, 2011

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 156.00 = $ 2,844.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate _____
[ ] Assumption/Rejection executory contract
[ ] Appraisal _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
    [ ] Monthly reports for the months

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Public Liability Insurance
   [ ] Premises _____
   [ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

COMMENTS

(1) Debtor was asked to bring tax refund expected to be received for 2010 tax period into the plan.
(2) Meeting is being continued in order for debtor to address whether creditor Manno Questel has secured treatment as per problems in the recording of property at the Registry of property. Also as per erroneous recordation, property is in name of ex-spouse which affects liquidation value.

Trustee/Presiding Officer

Date: March 31, 2011
(Rev.